**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Charles Keith Wampler,**

      *Petitioner,*

v.

**Case No. 3:22-cv-174
Judge Thomas M. Rose
Magistrate Judge Michael R. Merz**

**Warden, London Correctional Institution,**

      *Respondent.*

---

**DECISION AND ENTRY ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE MERZ, (ECF 19, 22), OVERRULING PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS, (ECF 20, 23), DENYING A CERTIFICATE OF APPEALABILITY, AND TERMINATING CASE.**

---

Pending before the Court are a Report and Recommendation, (ECF 19), suggesting that the Court deny Petitioner's Petition for a Writ of Habeas Corpus. (ECF 1). Petitioner filed Objections, (ECF 20), prompting the Magistrate Judge, after a recommittal, (ECF 21), to file a Supplemental Report and Recommendation. (ECF 22). Petitioner then filed Objections (ECF 23) to the Magistrate's Supplemental Report and Recommendation. The Magistrate Judge recommends that the Petition be dismissed with prejudice. He also recommends finding that reasonable jurists would not disagree with this conclusion, that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court

has made a *de novo* review of the record in this case, taking into consideration both of Petitioner's objections. Upon said review, the Court finds that Petitioner's Objections, (ECF 20, 23), to the Magistrate Judge's Supplemental Report and Recommendations, (ECF 19, 22), are not well taken and they are hereby **OVERRULED**. The Court **ADOPTS IN FULL** the Magistrate Judge's Reports and Recommendations. (ECF 20, 23). The case is **TERMINATED**.

    **DONE** and **ORDERED** this Tuesday, August 8, 2023.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
