# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Charles Keith Wampler,**

*Petitioner,*

**v.**

**Warden, London Correctional Institute,**

*Respondent.*

**Case No. 3:22-cv-174**
**Judge Thomas M. Rose**

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS, (DOC. 26), AND DENYING PETITIONER'S REQUEST FOR CORRECTION OF DECISION AND ENTRY. (DOC. 25).**

---

Pending before the Court are the Report and Recommendations of Magistrate Judge Michael M. Merz. (Doc. 26). The Report and Recommendations would have the Court deny Petitioner's Request for Correction of Decision and Entry (Doc. 25).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case, taking into consideration Defendant's objections. Upon said review, the Court finds that Petitioner's Request for Correction of Decision and Entry, (Doc. 25), is not well taken. Wherefore, the Court **ADOPTS IN FULL** the Magistrate Judge's Report and Recommendations. (Doc. 26). Petitioner's Request for Correction of Decision and Entry, (Doc. 25), is hereby **DENIED**.

**DONE** and **ORDERED** this Thursday, September 14, 2023.


s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE